**No. 62285.**—Eitinger Bead Co., Inc.,v. United States, protests 310549–K and 311805–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of manufactures of shell the same in all material respects as that the subject of *Paramount Import Export Co. et al.* v. *United States* (45 C. C. P. A. 82, C. A. D. 677), the claim of the plaintiff was sustained.